UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL HOLMBERG,<br><br>   Plaintiff,<br><br>   v.<br><br>BERNARD WARNER, DAN PACHOLKE, G. HANSEN, PATRICK GLEBE, JOHN/JANE DOES 1-5,<br><br>   Defendants. | No. C13-5069 BHS/KLS<br><br>ORDER DIRECTING SUBMISSION OF SERVICE ADDRESS FOR UNSERVED DEFENDANTS |

On February 13, 2013, the Court directed service of Plaintiff's Complaint on the named defendants at the addresses provided by Plaintiff. ECF No. 8. However, the return of service sent to Defendant G. Hansen was returned to the Court marked "not at this address." ECF No. 9. Because service has not been effected, personal jurisdiction over G. Hansen does not exist and the Court has no authority over G. Hansen at this time. However, if Plaintiff provides the Court with current address for this individual, the Court will direct that service be again attempted.

Accordingly, it is **ORDERED that** the Clerk shall send a copy of this Order to the Plaintiff. Plaintiff is directed to provide the Court with a new address for G. Hansen on or before **March 15, 2013,** or the Court will recommend dismissal for failure to prosecute as to this individual.

**DATED** this 27th day of February, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1