1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL HOLMBERG,<br><br>                   Plaintiff,<br><br>   v.<br><br>BERNARD WARNER, DAN PACHOLKE,<br>G. HANSEN, PATRICK GLEBE,<br>JOHN/JANE DOES 1-5,<br><br>                  Defendants. | No. C13-5069 BHS/KLS<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO WITHDRAW ORDER<br>DIRECTING SUBMISSION OF<br>ADDRESS UNDER SEAL |

On March 28, 2013, the Court directed Defendants to submit the address of Defendant G. Hansen under seal. ECF No. 17. On April 3, 2013, Defendant G. Hansen filed a waiver of service. ECF No. 19. Defendants move to withdraw the Court's Order relieving them of the obligation to submit Defendant Hansen's address under seal. ECF No. 20.

Accordingly, it is **ORDERED**:

(1)    Defendants' motion to withdraw the order directing them to submit the address of Defendant Hansen (ECF No. 20) is **GRANTED.** Defendants are relieved of the obligation to submit Defendant Hansen's address under seal.

(2)    The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this 22nd day of April, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1